IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| LESLIE OLDSON, JR., # 10520-073, | ) |
|---|---|
| Petitioner, | ) |
| vs. | ) Case No. 18-cv-2223-NJR |
| TOM WERLICH, | ) |
| Respondent. | ) |

# ORDER OF DISMISSAL

**ROSENSTENGEL, District Judge:**

This action is before the Court on Petitioner Leslie Oldson, Jr.'s motion to voluntarily dismiss the instant habeas Petition without prejudice. (Doc. 17). Oldson states that he has been granted the sentence credit he sought in this action, therefore, the case has become moot.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Oldson has the right to voluntarily withdraw his Petition. Accordingly, the motion to dismiss (Doc. 17) is **GRANTED**, and this action is **DISMISSED** without prejudice. The Clerk is **DIRECTED** to close this case and enter judgment.

**IT IS SO ORDERED.**

DATED: February 11, 2019

**NANCY J. ROSENSTENGEL**
**United Stated District Judge**